SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044
Email: salsciandra@sbcglobal.net

Attorney for Defendant, MATHEW SHAWN BROADWAY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MATHEW SHAWN BROADWAY,<br><br>    Defendant. | CASE NO: 1:13-CR-000268-LJO/BAM<br><br>STIPULATION AND ORDER FOR A RESETTING OF HEARING ON REPORT OF PROBATION OFFICER<br><br>Date:   Monday, November 17, 2014<br>Time:   8:15 a.m.<br>Courtroom:  Honorable Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant by and through his attorney, that the date set for hearing on the Pre-Sentence Report of the probation officer and sentencing be extended as follows:

   Informal Objections to be mailed to Probation and AUSA:  move from October 27, 2014 to December 29, 2014.

   Formal Objections to be filed with the Court and served on Probation and AUSA:  move from November 10, 2014 to January 12, 2015.

   RPO Hearing:  move from Monday, November 17, 2014 at 8:15 a.m. to Tuesday, January 20, 2015 at 8:15 a.m.

   Additional time is needed for the following reasons:

1. Counsel is in the process of procuring voluminous juvenile court records from the Alameda County Juvenile Court which counsel believes would provide the basis for substantial mitigation pursuant to the 18 U.S. C. 3553 factors. To-date, counsel has been unable to procure the Alameda County Juvenile Court records because of a combination of lack of cooperation by the defendant's family and the complex nature of court proceedings to release confidential juvenile records;

2. Between the time that Mr. BROADWAY entered his plea of guilty and this application, counsel was retained on, among other state criminal prosecutions, a first-degree murder charge with voluminous discovery which was alleged to have occurred in 2007. (*People v. Estrada*, Fresno County Superior Court Case No.: F14905128.); and

3. Between the time that Mr. BROADWAY entered his plea of guilty and this application counsel has been suffering from a lingering respiratory illness which has prevented him from working at full capacity.

Respectfully submitted,

DATED: October 21, 2014        /s/  Salvatore Sciandra
SALVATORE SCIANDRA
Attorney for Defendant,
MATHEW SHAWN BROADWAY


DATED: October 21, 2014        /s/  Megan Richards
MEGAN RICHARDS
Assistant United States Attorney

Agreed to via email on 10/16/14.


**ORDER**

IT IS SO ORDERED.

Dated:  **October 21, 2014**        /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE