SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044
Email: salsciandra@sbcglobal.net

Attorney for Defendant, MATHEW SHAWN BROADWAY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br><br>MATHEW SHAWN BROADWAY,<br><br>          Defendant. | CASE NO: 1:13-CR-00268-LJO/BAM<br><br>STIPULATION AND ORDER FOR A RESETTING OF HEARING ON REPORT OF PROBATION OFFICER<br><br><br>Date:  Monday, March 9, 2015<br>Time:  8:15 a.m.<br>Court<br> room:  Honorable Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant MATHEW SHAWN BROADWAY by and through his attorney that the date set for hearing on the Pre-Sentence Report of the probation officer and sentencing be extended as follows:

Informal Objections to be mailed to Probation and AUSA: move from February 17, 2015 to March 23, 2015

Formal Objections to be filed with the Court and served on Probation and AUSA: move from March 2, 2015 to April 6, 2015

RPO Hearing: move from Monday, March 9, 2015 at 8:15 a.m. to Monday, April 13, 2015 at 8:15 a.m.

Additional time is needed for the following reasons:

1.      On January 9, 2015 this Court approved the appointment of Susan Napolitano, Ph.D. as a substitute mental health Examiner for the previously appointed Errol Leifer, Ph.D.  Because of scheduling problems Dr. Napolitano was unable to interview Mr. Broadway until February 11, 2015.  Dr. Napolitano has informed counsel that she will require 2 to 3 weeks in order to produce a report of her findings.  Counsel thereafter, will need approximately one week to incorporate Dr. Napolitano's findings into his informal objections to the report of the probation officer.  Consequently, counsel is requesting that this Court extend all of the filing deadlines and the date for the hearing on the report of the probation officer as set forth above.

Counsel has consulted with AUSA Megan Richards and she has informed counsel that she has no objection to continuing the hearing on the report of the probation officer to March 9, 2015.

Respectfully submitted,


DATED:  February 17, 2015                      /s/   Salvatore Sciandra
                                               SALVATORE SCIANDRA
                                               Attorney for Defendant,
                                               MATHEW SHAWN BROADWAY


DATED:  February 17, 2015                      /s/   Megan Richards
                                               MEGAN RICHARDS
                                               Assistant United States Attorney

                                               Agreed to in person on 2/17/15.


## ORDER

IT IS SO ORDERED.

Dated:   **February 25, 2015**         **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE