BENJAMIN B. WAGNER
United States Attorney
MEGAN A. S. RICHARDS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00268 LJO |
| Plaintiff, | STIPULATION REGARDING SETTING OF RESTITUTION HEARING: ORDER (NOTICE CHANGE IN TIME) |
| v. | |
| MATHEW SHAWN BROADWAY, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  The defendant was sentenced by the Court on April 13, 2015.

2.  The defendant has been convicted of a crime for which there is mandatory restitution, and there is an outstanding restitution claim that needs to be addressed by the Court.

3.  The parties agree and stipulate that a restitution hearing should be set for June 8, 2015 at 8:30 a.m.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

Dated: April 20, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ MEGAN A. S. RICHARDS

MEGAN A. S. RICHARDS
Assistant United States Attorney

Dated: April 20, 2015

/s/ SAL SCIANDRA

SAL SCIANDRA
Counsel for Defendant
MATHEW SHAWN BROADWAY

**FINDINGS AND ORDER**

Granted, except to avoid making counsel and witnesses wait, the hearing will be set on the date requested, but at 10:15 a.m.

IT IS SO ORDERED.

Dated:   **April 22, 2015**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE