BENJAMIN B. WAGNER
United States Attorney
MEGAN A. S. RICHARDS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00268 LJO |
|---|---|
| Plaintiff, | ORDER SEALING GOVERNMENT'S MEMORANDUM REGARDING RESTITUTION |
| v. | |
| MATHEW SHAWN BROADWAY, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's Request to Seal, IT IS HEREBY ORDERED that the government's Memorandum Regarding Restitution and Attachments, pertaining to defendant MATHEW SHAWN BROADWAY, shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the Court, the United States Probation Office, the defendant and the government.

IT IS SO ORDERED.

Dated: **May 28, 2015**          /s/ Lawrence J. O'Neill
                                 UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER SEALING GOVERNMENT'S
MEMORANDUM REGARDING RESTITUTION

1