SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044
Email: salsciandra@sbcglobal.net

Attorney for Defendant, MATHEW SHAWN BROADWAY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO: 1:13-CR-00268-LJO/BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR A RESETTING OF THE RESTITUTION HEARING |
| MATHEW SHAWN BROADWAY, | Date: Monday, June 8, 2015<br>Time: 10:15 a.m.<br>Courtroom: Honorable Lawrence J. O'Neill |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant MATHEW SHAWN BROADWAY by and through his attorney that the date set for the Restitution Hearing on Monday, June 8, 2015 at 10:15 a.m. be continued to Monday, June 29, 2015 at 10:15 a.m.

Additional time is needed for the following reasons:

The parties are currently in discussions in an attempt to arrive at a stipulated restitution amount in order to avoid a hearing on the matter of restitution. This request is being made at this late date because counsel for Mr. Broadway has been out of his office since May 18, 2015 caring for his wife who is recovering from a major surgery.

The parties therefore request that the Restitution Hearing currently set on Monday, June

8, 2015 be continued to Monday, June 29, 2015.

Respectfully submitted,

DATED: June 4, 2015         /s/   Salvatore Sciandra
SALVATORE SCIANDRA
Attorney for Defendant,
MATHEW SHAWN BROADWAY

DATED: June 4, 2015         /s/   Megan Richards
MEGAN RICHARDS
Assistant United States Attorney

Agreed to via telephone on 6/4/2015.

**ORDER**

IT IS SO ORDERED.

Dated:   **June 4, 2015**              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE