SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044
Email: salsciandra@sbcglobal.net

Attorney for Defendant, MATHEW SHAWN BROADWAY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 1:13-CR-00268-LJO/BAM |
| Plaintiff, | |
| | STIPULATION AND ORDER FOR A RESETTING OF THE RESTITUTION HEARING |
| v. | |
| | Date: Monday, June 29, 2015 |
| MATHEW SHAWN BROADWAY, | Time: 10:15 a.m. |
| Defendant. | Court room: Honorable Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant MATHEW SHAWN BROADWAY by and through his attorney that the date set for the Restitution Hearing on Monday, June 29, 2015 at 10:15 a.m. be continued to Monday, July 20, 2015 at 10:15 a.m.

Additional time is needed for the following reasons:

On June 4, 2015 counsel for Mr. Broadway requested a continuance of the restitution hearing until June 29, 2015 (Doc. 42). On June 4, 2014 this court granted the request for a continuance and the matter was set for June 29, 2015 (Doc. 43). In a later conversation with AUSA Megan Richards, it was discovered that counsel for Mr. Broadway misunderstood the dates of her unavailability and set the matter at a time for the restitution hearing when she was unavailable.

1

The parties therefore request that the Restitution Hearing currently set on Monday, June 29, 2015 be continued to Monday, July 20, 2015 at 10:15 a.m.

Respectfully submitted,

DATED:  June 25, 2015                         /s/   Salvatore Sciandra
                                              SALVATORE SCIANDRA
                                              Attorney for Defendant,
                                              MATHEW SHAWN BROADWAY

DATED:  June 25, 2015                         /s/   Megan Richards
                                              MEGAN RICHARDS
                                              Assistant United States Attorney

                                              Agreed to via telephone on 6/16/15.

# ORDER

IT IS SO ORDERED.

    Dated:   **June 25, 2015**                    **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE

2